**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NUMBER 6:26-CR-00044-JDK** |
| | § | |
| | § | |
| **SAMUEL LEE THOMAS, IV** | § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE**
**JUDGE'S REPORT AND FINDING DEFENDANT GUILTY**

The Court referred this matter to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11.  The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea.  The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Information.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge.  The Court also accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

1

In accordance with Defendant's guilty plea, the Court finds Defendant Samuel Lee Thomas, IV **GUILTY** of Count One of the Information, charging a violation of Title 18 U.S.C. § 241 Conspiracy to Deprive Rights.

So **ORDERED** and **SIGNED** this **28th** day of **May, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE